# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Lindsey, Jacqueline D | Case Number: 08 B 29132 |
| | Judge: Wedoff, Eugene R |
| Printed: 03/03/09 | Filed: 10/28/08 |

## FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 15, 2009
Confirmed: None

### SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 4,122.00 | 0.00 |
| 5. | Saxon FIS Tax Services | Secured | 2,298.00 | 0.00 |
| 6. | Saxon Mortgage Services Inc | Secured | 3,000.00 | 0.00 |
| 7. | Illinois Student Assistance Commission | Unsecured | 20,833.78 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 995.29 | 0.00 |
| 9. | Americredit Financial Ser Inc | Unsecured | 7,490.10 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 1,380.00 | 0.00 |
| 11. | Ascent Card Services | Unsecured | 557.70 | 0.00 |
| 12. | Illinois Lending Corporation | Unsecured | 710.24 | 0.00 |
| 13. | Sprint Nextel | Unsecured | 403.49 | 0.00 |
| 14. | Internal Revenue Service | Priority | | No Claim Filed |
| 15. | Internal Revenue Service | Priority | | No Claim Filed |
| 16. | Internal Revenue Service | Priority | | No Claim Filed |
| 17. | Internal Revenue Service | Priority | | No Claim Filed |
| 18. | Internal Revenue Service | Priority | | No Claim Filed |
| 19. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 20. | ICS | Unsecured | | No Claim Filed |
| 21. | Malcolm S Gerald & Assoc | Unsecured | | No Claim Filed |
| 22. | ICS | Unsecured | | No Claim Filed |
| 23. | ICS | Unsecured | | No Claim Filed |
| 24. | ICS | Unsecured | | No Claim Filed |
|  |  |  | $ 41,790.60 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Lindsey, Jacqueline D | Case Number: 08 B 29132 |
| | Judge: Wedoff, Eugene R |
| Printed: 03/03/09 | Filed: 10/28/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*